```
           IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA


NELSON OCASIO,                          :
                                        :
         Plaintiff,                     :
                                        :    CIVIL ACTION
    v.                                  :
                                        :    NO. 17-cv-755
MAYOR MICHAEL CIACH, COUNCIL            :
PRESIDENT CHRISTINE PETERSON,           :
and THE BOROUGH OF UPLAND,              :
                                        :
         Defendants.                    :
```

**ORDER**

AND NOW, this 9th day of January, 2019 upon consideration of Defendants' Motion for Summary Judgment (Doc. No. 21) and Plaintiff's Response thereto (Doc. No. 22), and consistent with this Court's accompanying Memorandum, Defendant's Motion is DENIED in part and GRANTED in part. It is hereby ORDERED as follows:

1. Defendant's Motion for Summary Judgment is DENIED as to the claims against Defendants Ciach and Peterson in Counts I and IV of the Complaint.

2. Defendant's Motion for Summary Judgment is GRANTED as to the claim against the Borough of Upland in Count IV of the Complaint.

                              BY THE COURT:

                              s/J. Curtis Joyner
                              J. CURTIS JOYNER, J.